## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **RUSSELL MCMILLAN**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | EP-21-CV-00006-DCG |
| | § | |
| **LOWE'S COMPANIES INC.**, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER DISMISSING CASE

In view of the parties' "Stipulation for Dismissal with Prejudice" (ECF No. 7) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders as follows:

**IT IS ORDERED** that all claims asserted by Plaintiff in this action against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this  **16th**  day of April 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE